IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LINDA MICHAEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-10-1064-F |
| MILLICENT NEWTON-EMBRY WARDEN, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## REPORT AND RECOMMENDATION ON THE
## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

In connection with her underlying action under 42 U.S.C. § 1983, Ms. Linda Michael seeks a preliminary injunction. However, as discussed in a prior report, the Court should grant the Defendants' motion for summary judgment. *See* Doc. 104. This ruling would moot the motion for a preliminary injunction. Thus, if the Court adopts the earlier report, the undersigned would recommend dismissal of the motion for a preliminary injunction (Doc. 96) on grounds of mootness.

The parties can object to this report by filing an objection with the Clerk of this Court by April 30, 2012. *See* Fed. R. Civ. P. 6(a)(1)(C), 6(d), 72(b)(2); 28 U.S.C. § 636(b)(1). The failure to timely object would foreclose appellate review of the suggested ruling. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

## STATUS OF THE REFERRAL

The present report discharges the referral.

Entered this 12th day of April, 2012.

_____
Robert E. Bacharach
United States Magistrate Judge